FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 OCT 24  P 12: 16

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR INTERFERENCE WITH A FLIGHT ATTENDANT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 24-240 |
| v. | * | SECTION: SECT. L MAG. 2 |
| NELSON M. MONTGOMERY, JR. | * | VIOLATION: 49 U.S.C. § 46504 |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about August 2, 2023, in the Eastern District of Louisiana, the defendant, **NELSON M. MONTGOMERY, JR.,** on an aircraft in the special jurisdiction of the United States, namely on board Delta Flight Number 2434, an aircraft from Hartfield-Jackson Atlanta International Airport (ATL) to Armstrong New Orleans International Airport (MSY), did knowingly interfere with the performance of the duties of A.G., a flight attendant of the aircraft, and lessen the ability of the attendant to perform those duties, by assaulting and intimidating the flight attendant, specifically,



√ Fee ___USA___
___Process_____
X Dktd _____
___CtRmDep_____
___Doc.No._____

**NELSON M. MONTGOMERY, JR.** caused lacerations to the attendant's neck and hand with a broken shot glass, all in violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

███████████

DUANE A. EVANS
UNITED STATES ATTORNEY

*(signature)*

IRENE GONZÁLEZ
Assistant United States Attorney

New Orleans, Louisiana
October 24, 2024

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern ____ District of ____ Louisiana

Criminal ____ Division

THE UNITED STATES OF AMERICA

vs.

NELSON M. MONTGOMERY, JR.

## INDICTMENT

FOR INTERFERENCE WITH A FLIGHT ATTENDANT

VIOLATION:   49 U.S.C. § 46504

▮▮▮▮▮▮▮▮▮▮▮▮

_____, 2024.

_____
Clerk

Bail, $ _____

_____
M. IRENE GONZÁLEZ
Assistant United States Attorney